COMER *et al.*, receivers, *v.* RYNEHART.

*Lumpkin, J.*—Under the decision of this court at the present term in the case of *Western Union Telegraph Company* v. *Jackson*, 98 *Ga.* 207, a writ of error does not lie to this court from the city court of Spalding county.        *Writ of error dismissed.*

May 23, 1896. By two Justices. Argued at the last term.

*Hall & Boynton*, for plaintiffs in error.
*Hammond & Cleveland*, contra.